UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RENATA C. JONES**     **CIVIL ACTION**

**VERSUS**     **NO. 14-1176**

**NEW ORLEANS AREA HABITAT**     **SECTION I**
**FOR HUMANITY**

## ORDER OF DISMISSAL

Considering the motion[1] filed by plaintiff, Renata C. Jones, to voluntarily dismiss with prejudice all of her claims against defendant, New Orleans Area Habitat for Humanity,

**IT IS ORDERED** that the motion is **GRANTED**. All claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, each party to bear its own costs. The Court retains jurisdiction for all purposes.

New Orleans, Louisiana, January 30, 2015.

                                          **LANCE M. AFRICK**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 22.